*Kenneth F. Lemoine, Jr.*, pro se, in support of the petition.

Decided April 22, 1996

STATE OF CONNECTICUT *v.* JOHN MALONE

The defendant's petition for certification for appeal from the Appellate Court, 40 Conn. App. 470 (AC 15175), is denied.

*Neal Cone*, assistant public defender, in support of the petition.

*Susann E. Gill,* assistant state's attorney, in opposition.

Decided April 22, 1996

The defendant's petition for certification for appeal from the Appellate Court, 40 Conn. App. 526 (AC 13045), is denied.